UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

In re:
JWP Information Services, Debtor
The 22nd Street Group, Creditor
Fund 6133BK/6047BK
Unclaimed Dividends Transferred
to U.S. Treasury

ORDER DIRECTING PAYMENT

------------------------------------------------x

WHEREAS the above numbered account represents dividends unclaimed by the creditors to whom they have been allocated and whereas from time to time the appropriate creditor might appear for purposes of claiming the dividend, and whereas this court has been shown to its satisfaction that The 22nd Street Group is entitled to an unclaimed dividend in the amount of Eleven Thousand Three Hundred Fifty-Seven and 01/100 Dollars ($11,357.01).

NOW it is ORDERED, that the United States Treasury, by check, pay to The 22nd Street Group, c/o Krill & Krill, Attorneys At Law, 18 S. Fifth Street, Geneva, Illinois 60134, SSN/TIN 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, the amount of Eleven Thousand Three Hundred Fifty-Seven and 01/100 Dollars ($11,357.01) as such entity's unclaimed dividend from FUND 6133BK/6047BK.

DATED: NEW YORK, NEW YORK

February 12, 2007

_____
Bankruptcy Judge

In re:

Case No. 94 B 41765