UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK

IN RE: ) Case No. 94-41765
JWP Information Services, Inc., ) (Chapter 7)
)
DEBTOR )

ORDER DIRECTING PAYMENT
OF FUNDS TO CREDITOR/CLAIMANT

On the application of The Nardi Group (the "Claimant") a claimant in the captioned case for an order directing payment of funds held in the registry of the Court, in accordance with 28 U.S.C. § 2041 et. seq., it is hereby ordered that the clerk shall pay The Nardi Group the sum of $18,999.16 c/o American Property Locators, Inc., J. Armstrong Duffield, 3855 S. Boulevard, Suite 200, Edmond, OK 73013) attached to the application.

Dated this 12th day of February, 2006.

United States Bankruptcy Judge

CC:
J. Armstrong Duffield-APL
3855 S. Boulevard, Suite 200
Edmond, OK 73013