UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

In re:

FUND 6133BK/6047BK
UNCLAIMED DIVIDENDS TRANSFERRED
TO UNITED STATES TREASURY

ORDER DIRECTING PAYMENT

------------------------------------x

WHEREAS the above numbered account represents dividends unclaimed by the creditors to whom they have been allocated and whereas from time to time the appropriate creditor might appear for purposes of claiming the dividend, and whereas this court has been shown to its satisfaction that GAIL BASS and LISA BASS _____ is entitled to an unclaimed dividend in the amount of $786.17.

NOW it is

ORDERED, that the United States Treasury, by check, pay to -1156 SSN/TIN: _____ in the amount of $786.17 as such person's unclaimed dividend from FUND 6133BK/6047BK.

DATED: NEW YORK, NEW YORK
May 8, 2007

/S/ ROBERT D. DRAIN
Bankruptcy Judge

In re: JWP Information Services
Case No. 9441765