UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK

IN RE: ) Case No. 94-41765
JWP Information Services, Inc., ) (Chapter 7)
)
DEBTOR )

ORDER DIRECTING PAYMENT
OF FUNDS TO CREDITOR/CLAIMANT

On the application of Krafft Living Trust, dated December 15, 1999 successor to F & P Krafft, aka Frank & Pauline Krafft (the "Claimant") a claimant in the captioned case for an order directing payment of funds held in the registry of the Court, in accordance with 28 U.S.C. § 2041 et. seq., it is hereby ordered that the clerk shall pay Krafft Living Trust, dated December 15, 1999 successor to F & P Krafft, aka Frank & Pauline Krafft the sum of $1,335.01 c/o American Property Locators, Inc., J. Armstrong Duffield, 3855 S. Boulevard, Suite 200, Edmond, OK 73013) attached to the application.

Dated this 9th day of May, 2007.

/s/ Stuart M. Bernstein
United States Bankruptcy Judge

CC:
J. Armstrong Duffield-APL
3855 S. Boulevard, Suite 200
Edmond, OK 73013