# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK

IN RE:  ) Case No. 94-41765
JWP Information Services, Inc.,  ) (Chapter 7)
)
DEBTOR )

## ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT

On the application of Beverly Compton, individually and as Trustee of Peterson Family Trust (the "Claimant") a claimant in the captioned case for an order directing payment of funds held in the registry of the Court, in accordance with 28 U.S.C. § 2041 et. seq., it is hereby ordered that the clerk shall pay Beverly Compton, individually and as Trustee of Peterson Family Trust the sum of $71,866.21 c/o American Property Locators, Inc., J. Armstrong Duffield, 3855 S. Boulevard, Suite 200, Edmond, OK 73013) attached to the application.

Dated this 11th day of Apr, 2005.

Stuart M. Bernstein

/ United States Bankruptcy Judge

CC:
J. Armstrong Duffield-APL
3855 S. Boulevard, Suite 200
Edmond, OK 73013

